IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-00100 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| CHRISTOPHER LEE CUNGTION, JR., | 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about September 7, 2020, in the Northern District of Iowa, defendant CHRISTOPHER LEE CUNGTION, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Hi-Point Model C9, 9mm pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: Intimidation with a Dangerous Weapon and Willful Injury Resulting in Bodily Injury, in the Iowa District Court for Tama County, on or about November 30, 2018, in case number FECR016068.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/Foreperson  11/17/2020
Grand Jury Foreperson    Date

PETER E. DEEGAN, JR.
United States Attorney

By: *(signature)*

DAN CHATHAM
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 11/17/2020
ROBERT L. PHELPS, CLERK