# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 20-CR-00100 |
| v. | ) |
| | ) |
| CHRISTOPHER LEE CUNGTION, JR. | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum    [ ] Ad Testificandum

Name of Detainee: Christopher Lee Cungtion, Jr.    Inmate ID 17320

Detained at: Tama County Jail    in the custody of Dennis P. Kucera, Sheriff

Detainee is:
- a.) [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint Charging Detainee with: Possession of a Firearm by a Felon in violation of Title 18 USC Section 922(g)(1).

or
- b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
- a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or
- b.) [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on _____ at _____

in: [✓] Cedar Rapids    [ ] Sioux City

4/29/2021
Date

*/s/ Dan Chatham*
Daniel A. Chatham
Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum    [ ] Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 30, 2021
Date

United States District/Magistrate Judge