AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Lee Cungtion, Jr.<br>*Defendant* | )<br>)<br>) Case No. 20-CR-00100<br>)<br>) |

RECEIVED
2020 NOV 18 AM 10: 24
N/IA CEDAR RAPIDS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christopher Lee Cungtion, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Felon in violation of Title 18, United States Code, Section 922(g)(1).

Date: 11/17/2020

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/17/20, and the person was arrested on *(date)* 4/30/21
at *(city and state)* Tama Co Jail.

Date: 5/3/21

*Arresting officer's signature*

Earl Plathe, DUSM
*Printed name and title*