# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER LEE CUNGTION, JR., Defendant. | **HEARING MINUTES** Sealed: No <br> Case No.: 20-CR-100 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Nathan Peterson <br> Official Court Record: Patrice Murray  Contract? <br> Contact Information: PAMurrayReporting@gmail.com |

| Date: | 3/16/2022 | Start: | 2:58 PM | Adjourn: | 3:43 PM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | Time in Chambers: | --- | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Dillan Edwards | | | | | | |
| | Defendant: | AFPD Jill Johnston (defendant appears personally) | | | | | | |
| | U.S. Probation: | Jessica Clark | | | | | | |
| | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | --- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | 10, 22, 23, 29, 31, 34, 35, 36, 37, 40, 42, 43, 44, 45 by defendant. | | Ruling: | 10, overruled<br>35, 40, 42 sustained in part, overruled in part. Others not reached | |
| | Motions to vary/depart: | Variance downward by defendant. | | Ruling: | Granted. | |
| | Count(s) dismissed: | --- | | | | |
| | Sentence (See J & C): | 63 months imprisonment, to be served consecutive to any undischarged term of imprisonment imposed for the crime described at para. 35 of the PSIR (Doc. 41) and consecutive to any term of imprisonment imposed for the crime described at para. 44 of the PSIR (Doc. 41). | | | | |
| | Fine: | --- | | | Special assessment: | $100 |
| | Supervised Release: | 3 years. | | | | |
| | Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility or particular medical or mental health facility in close proximity to your family which is commensurate with your security and custody classification needs.<br><br>It is recommended that you participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program. | | | | |
| | Defendant is | X | Detained | | Released | and shall report |
| | **Witness/Exhibit List is** | Defense offers Ex. A–G, without objection. Court admits Ex. A–D, with D under seal (Doc. 48), and Ex. E–G (Doc. 49). | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | | |
| | **Miscellaneous:** | Court granted gov't motion for additional level reduction to defendant's offense level for timely acceptance of responsibility.<br><br>Advisory guidelines recommend a sentence of 70–87 months' imprisonment.<br><br>Parties made argument regarding variance and ultimate disposition.<br><br>Defendant exercised his right to allocution and was advised of his right to appeal. | | | | |