May 10, 2022

Clerk of Court

United States District Court Northern District of Iowa

111 7th Avenue SE, Box 12

Cedar Rapids, IA 52401

RE: Writ of Habeas Corpus (28 U.S.C. § 2254)

Dear Clerk,

First, allow me to express my appreciation for your prompt response to my request. Second, I apologize for my vague and ambiguous request.

The packet I need is not in relation to my federal case. I am seeking federal Habeas Corpus review of my State Conviction. Thus, I respectfully ask you to supply the packet pertaining to review under 28 U.S.C. § 2254.

Sincerely,

Christopher Lee Cungtion, Jr.
6973783

Christopher Lee Cungtion, Jr. 6973783
**IOWA MEDICAL and CLASSIFICATION CENTER**
2700 Coral Ridge Ave.
Coralville, IA 52241

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

CEDAR RAPIDS IA 522
11 MAY 2022 PM

5·11·22 EVB

quadient
FIRST-CLASS MAIL
IMI
$000.53
05/11/2022 ZIP 52241
043M31229344
US POSTAGE

Clerk of Court
U.S. Dist. Ct. N. Dist. of Iowa
111 7th Avenue SE, Box 12
Cedar Rapids, IA 52401

XRAYED US MARSHALS SERVICE

52401-210312